NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-929

VAN KEITH COMEAUX

VERSUS

CITY OF JENNINGS MUNICIPAL FIRE
AND POLICE CIVIL SERVICE BOARD

************

APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON DAVIS, NO. 44-04,
HONORABLE WENDELL R. MILLER, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and
Michael G. Sullivan, Judges.

AFFIRMED.

Ralph J. Williams
Attorney at Law
Post Office Box 1025
Lake Charles, Louisiana 70602
(337) 436-2883
Counsel for Plaintiff/Appellant:
        Van Keith Comeaux

**Kevin D. Millican**
**Attorney at Law**
**Post Office Box 1111**
**Jennings, Louisiana 70546**
**(337) 824-8300**
**Counsel for Defendant/Appellee:**
  **City of Jennings Municipal Fire and Police Civil Service Board**